﻿Citation Nr: AXXXXXXXX
Decision Date: 02/26/21 Archive Date: 02/26/21

DOCKET NO. 200827-106243
DATE: February 26, 2021

ORDER

Entitlement to nonservice-connected death pension benefits is denied.

FINDING OF FACT

The Veteran is not shown to have had the requisite wartime service.

CONCLUSION OF LAW

The criteria for basic eligibility for VA nonservice-connected death pension benefits have not been met. 38 U.S.C. §§ 1521, 1541 (2018); 38 C.F.R. §§ 3.2, 3.3, 3.314 (2019).

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran had active military service from April 1957 to June 1959. He died in August 2019. The appellant is his surviving spouse.

This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a December 2019 administrative decision issued by the Department of Veterans Affairs (VA) Pension Management Center.

The appellant has contended that she is entitled to nonservice-connected death pension benefits.

In order to establish basic eligibility for VA death pension benefits to the surviving spouse of a veteran, the veteran must have had the requisite service or been receiving (or entitled to receive) compensation or retirement pay for his service-connected disability based on wartime service. 38 U.S.C. § 1541(a); 38 C.F.R. §§ 3.3, 3.314(b). 

A review of the record shows that the Veteran had active military service from April 1957 to June 1959. The Veteran did not serve 90 days or more during a period of war as recognized by VA. 38 C.F.R. § 3.2. The appellant does not contend, and the record does not otherwise reflect, that the Veteran had any additional periods of service.

As the Veteran did not have any qualifying wartime service, the appellant does not meet the basic eligibility requirements for VA nonservice-connected death pension benefits. In this case, the law is dispositive. Accordingly, the appellant’s claim must be denied as a matter of law. Sabonis v. Brown, 6 Vet. App. 426 (1994).

 

 

Kristin Haddock

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board D. Ware, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.